THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ADAM YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ST. GEORGE, UTAH,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:25-cv-00016-DN<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT as explained in the MEMORANDUM DECISION AND ORDER DISMISSING THE CASE WITHOUT PREJUDICE:[1]

This case is DISMISSED WITHOUT PREJUDICE due to failure to comply with the Federal Rules of Civil Procedure and the May 27, 2025, Order.[2]

The Clerk of Court shall close the case.

Signed June 23, 2025.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Docket no. 8, filed June 20, 2025.

[2] Docket no. 5.